

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00587-CV

Noe **ROSA** and Vanessa Rosa,
Appellants

v.

Eric S. **MANCIAS** and Vianey S. Rodriguez,
Appellees

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-21-148
Honorable Baldemar Garza, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
             Irene Rios, Justice
             Velia J. Meza, Justice

Delivered and Filed: May 13, 2026

DISMISSED FOR WANT OF PROSECUTION

Appellants' brief was originally due on February 23, 2026. After neither appellants' brief nor a motion for extension of time was filed, the clerk of this court sent appellants a letter notifying them that their brief was late on March 4, 2026. Appellants did not respond to the clerk's letter. Consequently, on March 17, 2026, we ordered appellants to file their brief no later than March 27, 2026, to which appellants filed a motion for extension of time. We granted this motion and ordered

appellants to file their brief on or before April 24, 2026. Appellants did not file their brief nor a motion for extension of time by April 24, 2026.

Accordingly, this appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

PER CURIAM